IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT
CIVIL ACTION NO.

DAREN LEE DENTON                                                                PLAINTIFF

Vs.                                            **COMPLAINT**

CSX TRANSPORTATION, INC.                                              DEFENDANT

Comes now the plaintiff, Daren L. Denton by and through his attorney Merritt K. Alcorn and for his cause of action against defendant, CSX Transportation, Inc. states:

1. That on or about February 3, 2004, and at all time herein mentioned, defendant, CSX Transportation, Inc. was a corporation organized and existing as a common carrier by rail in and throughout several states in the United States for the purpose thereof did own, possess, operate and maintain diverse railroad cars, tracks and other equipment in and about Carroll County within the Eastern District of Kentucky.

2. That as said time, prior thereto, and currently, plaintiff was and is a resident of Carroll County, Kentucky which is within the Eastern District of Kentucky, and was employed by the defendant as an Engineer, and was engaged in the performance of his duties as such at the time he was injured on the foresaid date, as hereinafter alleged.

3. That at all time herein mentioned, defendant was engaged in interstate commerce as a common carrier by railroad and all or part of the plaintiffs duties as an employee of the defendant were an occurrence of interstate commerce and closely, directly or substantially affected the same, by reason whereas the rights and liabilities of the parties are and were gathering by Title 45 Section 51 of the United States code, referred to as the Federal Employer's Liability Act (F.E.L.A.).

4. That on February 3, 2004, the plaintiff, Daren L. Denton, was working as an Engineer at or near Carrollton, Kentucky at that time, in the course and scope of his duties; he was injured when he fell on ice after the occurrence of an ice storm; the fall was in whole or in part of the carelessness and negligence of the defendant.

5. That the defendant, CSX Transportation, Inc., a corporation, by and through it duly authorized agents and employees was then and there guilty of one or more of the following negligent acts or omissions in violation of the Federal Employees Liability Act:

   a) failed to provide the plaintiff with a reasonably safe place to work by failing to issue ice spikes to the plaintiff after an ice storm had occurred;
   b) required plaintiff to work in unsafe conditions without proper equipment;
   c) failed to provide the plaintiff with a reasonably safe place to work by allowing debris and material to remain in a work area creating an uneven surface for the plaintiff to walk on;
   d) failed to provide the plaintiff with a reasonably safe place to work by allowing debris and material to remain in the work area which could not be safely traversed after an ice storm;
   e) failed to discover and warn the plaintiff of the defective and unsafe conditions referenced above;
   f) otherwise negligently and carelessly failed to provide the plaintiff a reasonably safe place to work.

6. As a result, in all or in part, of one or more of the formerly negligent acts or omissions, plaintiff sustained severe and permanent injuries to the bones, muscles, tissue, disc and nerves in his back; that he has suffered and will continue to suffer great bodily pain and anguish; that he has lost and will continue to lose great sums of money which he otherwise would have earned in pursuit of his usual occupation; that his earning capacity has been permanently impaired; and that he has spent great sums of money endeavoring to be cured of said injuries all to his damage and in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00).

WHEREFORE, plaintiff, Daren L. Denton, prays for judgment against the defendant, CSX Transportation, Inc. in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) and costs of the suit.

          Respectfully submitted,

          s/ Ann E. Schwartz_____
          Ann E. Schwartz, # 89651
          Attorney for Plaintiff
          Alcorn, Goering, and Sage
          One West Sixth Street
          Madison, Indiana 47250
          (812) 273-5230
          Schwartz@eaglaw.com

## JURY DEMAND

The plaintiff by his counsel, Ann E. Schwartz, demands that this cause by tried by jury.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ Merritt K. Alcorn_____ | s/ Ann E. Schwartz_____ |
| Merritt K. Alcorn, #00600 | Ann E. Schwartz, # 89651 |
| Attorney for Plaintiff | Attorney for Plaintiff |
| Alcorn, Goering & Sage | Alcorn, Goering, and Sage |
| One West Sixth Street | One West Sixth Street |
| Madison, Indiana  47250 | Madison, Indiana 47250 |
| (812) 273-5230 | (812) 273-5230 |
| alcorn@eaglaw.com | schwartz@eaglaw.com |

## CERTIFICATE OF SERVICE

I, hereby certify that on the 16th day of January, 2007, a copy of the foregoing pleading was filed electronically. Parties may access this filing through the Court's system.

          s/ Ann E. Schwartz_____